# IN THE DISTRICT COURT OF THE UNITED STATES

# for the Western District of New York

---

|  |  |
|---|---|
|  | **OCTOBER 2023 GRAND JURY**<br>**(Impaneled 10/27/2023)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:**<br>Title 21, United States Code,<br>Section 841(a)(1); Title 18, United States<br>Code, Sections 924(c)(1)(A)(i), 922(g)(1),<br>and 922(o)(1)<br>(4 Counts and 2 Forfeiture Allegations) |
| **RAEKWON GORDON** |  |

## COUNT 1

**(Possession with Intent to Distribute Fentanyl)**

**The Grand Jury Charges That:**

On or about April 5, 2024, in the Western District of New York, the defendant, **RAEKWON GORDON,** did knowingly and intentionally possess with intent to distribute, a mixture and substance containing fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 2

**(Possession of a Firearm in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

On or about April 5, 2024, in the Western District of New York, the defendant, **RAEKWON GORDON**, in furtherance of drug trafficking crimes for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), committed in the manner set forth in Count 1 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## COUNT 3

**(Felon in Possession of Firearms and Ammunition)**

**The Grand Jury Further Charges That:**

On or about April 5, 2024, in the Western District of New York, the defendant, **RAEKWON GORDON,** knowing that he had previously been convicted on or about January 28, 2019, in Erie County Court, Buffalo, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, one (1) Glock, model 17, 9x19 mm semi-automatic handgun, bearing serial number GKS157; and ammunition, namely twenty-seven (27) rounds of 9 mm ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

## COUNT 4

### (Possession of a Machinegun)

### The Grand Jury Further Charges That:

On or about April 5, 2024, in the Western District of New York, the defendant, **RAEKWON GORDON**, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), that is, one (1) machine gun conversion device used to modify a Glock-style semi-automatic firearm, knowing and being aware of the essential characteristics of the machine gun conversion device which made it a machine gun.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

### FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 1 of this Indictment, the defendant, **RAEKWON GORDON**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation, and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including, but not limited to the following property seized in Buffalo, New York, on or about April 5, 2024:

**CURRENCY**:

a. Approximately $5,526.00 in United States currency.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of any and all Counts of this Indictment, the defendant, **RAEKWON GORDON**, shall forfeit to the United States, all his right, title and interest in any firearm or ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized in Buffalo, New York, on or about April 5, 2024:

**FIREARMS AND AMMUNITION:**

a.    One (1) Glock 48 bearing serial number BRTX206, with approximately 11 rounds of 9mm ammunition contained therein; and

b.    One (1) Glock 17 bearing a defaced serial number, believed to be GKS157, with a fully automatic control switch, with approximately 27 rounds of 9mm ammunition contained therein.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, August 27, 2024.

TRINI E. ROSS
United States Attorney

                              BY:    S/STACEY JACOVETTI
                                      STACEY JACOVETTI
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      Western District of New York
                                      138 Delaware Avenue
                                      Buffalo, New York  14202
                                      716/843-5708
                                      Stacey.Jacovetti@usdoj.gov

A TRUE BILL:


S/FOREPERSON
FOREPERSON

5